~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

LIZA CHAPEN, individually as heir of
decedent and as Administratrix of the
ESTATE OF LAWRENCE P. CHAPEN,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:06-CV-00353-BES-VPC**

JOHN MUNOZ, an individual, MARC
LEPIRE, an individual, ROBERT MARTIN,
an individual, STEPHEN J. WEAVER, an
individual, DAVID MORROW, an individual,
STATE OF NEVADA, ex rel., its
DEPARTMENT OF CONSERVATION AND
NATURAL RESOURCES, DIVISION OF
STATE PARKS,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that State of Nevada, ex.rel., its Dept of Conservation and Natural Resources, Division of State Parks' Motion to Dismiss (#22) is GRANTED. Plaintiff's claims under 42 U.S.C.§ 1983 are dismissed. Plaintiff's claim for violation of the FMLA is dismissed. Plaintiff's claim for negligence against the State is dismissed.

   February 26, 2009                  **LANCE S. WILSON**
                                                           Clerk

                                                          /s/ D. R. Morgan
                                                           Deputy Clerk